UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOE D. SHEPARD,
    Plaintiff,

v.

                            Case No.:

WILL FULLER,
    Defendant.
_____/

## DEFAMATION

1. Plaintiff, an individual, by and through his undersigned attorney, sues Will Fuller, an individual, for libel. The defendant sent an email to a third party, Dorn Ebanks, and copied the plaintiff on November 5th, 2020 in which he clearly stated the plaintiff was stealing his money and lied to him. Plaintiff received the email at 1:06pm East Coast time

## THE PARTIES

2. Joe Shepard, Plaintiff, is an individual living at 268 Kettering Road, Deltona, FL 32725.

3. Will Fuller, defendant, is an individual living in California at 13113 Calle DeLas Rosas, San Diego, CA 921293.

4. Dorn Ebanks is a resident of the Country of Honduras.

## JURISDICTION AND VENUE

5. Central Florida is the proper venue for this action because the plaintiff

lives in this district, the defendant resides in a different district, and the email was intended to harm the plaintiff's reputation in this district.

6. This Court has original jurisdiction over plaintiff's claims under 28 U.S.C. §1332 because of the parties diversity of citizenship and because the amount in controversy exceeds $75,000.00.

## THE ALLEGED FACTS

7. The plaintiff incorporates by reference all allegations of the preceding paragraphs.

8. In the email sent by the defendant to Dorn Ebanks and copied to the plaintiff, the defendant stated "At this pont I must surmise Joe is not honest or trustworthy. He is stealing my money."

9. The defendant went further in the referenced email stating plaintiff was "someone so dishonest".

10. Plaintiff believes the Defendant was of sound mind at the time and malicious in intent. He therefore unlawfully caused the plaintiff injuries and damages for which he seeks a financial remedy.

11. The plaintiff never directly received any money from the defendant.

12. Plaintiff alleges that the defendant in sending the referenced email to a third party was a blatant attempt to defame and damage the plaintiff's

reputation.

## PRAYER FOR RELIEF

WHEREFORE In a proximate result of the aforementioned defamation, the plaintiff has suffered loss, recrimination, injury, suffering and damages in damaged reputation, including but not limited to a potential loss of a significant business revenue, damaged reputation in the business community.

13. The plaintiff seeks that the defendant pays him $10,000,000.00 in real damages.

14. The plaintiff seeks compensatory damages according to proof, the cost of the lawsuit and whatever else the court sees just and fit to award seeks that the defendant pays him $50,000,000.00 in punitive damages.

15. The plaintiff seeks whatever damages the Court finds just and proper.

Dated: June 1, 2021

_____
Stacy A. Eckert, Esquire
Florida Bar No.: 0988170
Stacy A. Eckert P.A.
2445 S. Volusia Avenue C-1
Orange City, Florida 32763
(386) 775-8228
Email: stacyeckert@cfl.rr.com
Attorney for Plaintiff