UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOE D. SHEPARD,
        Plaintiff,                      Case No.: 6:21-cv-00951-WWB-DCI

v.

WILL FULLER,
        Defendant.
_____/

**APPLICATION FOR A DEFAULT**

      Plaintiff, Joe Shepard moves for the entry of a Default by the Clerk against Defendant, Will Fuller, and shows:

      1. Jurisdiction of the aforementioned Defendant was acquired through service by hand delivery completed by R.T Hansell, RPS 1422 of San Diego Service of Process, 2445 Morena Blvd., #201, San Diego, CA 92110 on July 20, 2021.

      2. Said Defendant has failed to serve any pleading on the undersigned or file any paper in the Court as required by law.

                                                        /s/ Stacy A. Eckert
                                                        _____
                                                        Stacy A. Eckert, Esquire
                                                       stacyeckert@cfl.rr.com
                                                       Stacy A. Eckert, P.A.
                                                       2445 S. Volusia Avenue, C1
                                                       Orange City, FL 32763
                                                       (386) 775-8228
                                                       FL Bar No. 0988170
                                                       Attorney for Plaintiff

**DEFAULT**

A Default is entered in this action against the Defendant, Will Fuller, named in the foregoing Application For Default for failure to serve or file any pleading or paper in this cause as required by law.

DATED this _____ day of August 2021.