UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOE D. SHEPARD,
        Plaintiff,                       Case No.: 6:21-cv-00951-WWB-DCI

v.

WILL FULLER,
        Defendant.
_____/

**MOTION FOR A DEFAULT**

    Plaintiff, Joe Shepard, by and through his undersigned attorney, moves for the entry of a Default by the Clerk against Defendant, Will Fuller, and shows:

    1.    Jurisdiction of the aforementioned Defendant was acquired through service by hand delivery and was completed by R.T Hansell, RPS 1422 of San Diego Service of Process, 2445 Morena Blvd., #201, San Diego, CA 92110 on July 20, 2021.

    2.    Attached as Exhibit "A" is a Declaration in Support of Service signed by the registered process server who provided service of process stating that he delivered the Summons and the Complaint by leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there.  A description of the person is stated on the original Proof of Service and the Declaration in Support of Service.  He also states that a copy of the Summons and Complaint was sent by U.S. mail to the defendant.

    3.    Under FRCP 4(c)(2) Mr. Hansell as a registered process server for the State of California qualifies to serve the complaint upon the defendant.

    4.    Pursuant to FRCP Rule 4(e)(2)(B) service as described in paragraph two is proper service of process upon the defendant.

    5.    The residence at which service of process was made is the home co-owned by the

defendant as shown in deed from the official records of San Diego County, California and the property record from the office of the San Diego County California Tax Assessors's office is attached as Exhibit "B" to this Motion.

6. Attached hereto as Exhibit "C" is a true and correct copy of a "Demand for Arbitration " created and signed by the Defendant listing his home address as 13113 Calle DeLas Rosas, San Diego, CA 92193, where service of process herein was perfected.

7. The plaintiff has issued an affidavit stating that the address at which the defendant was provided service of process is the same address wherein the plaintiff shipped numerous products to the defendant in 2020. A true and correct copy of the plaintiff's affidavit is attached hereto as Exhibit "D".

8. In Mullane v. Cent. Hanover Bank & Trust Co., 339 U.S. 306, 313-14 (1950), the Supreme Court of the United States set forth the constitutional requirements for notice of judicial proceedings to a potential party under the Fourteenth Amendment to the United States. In Mullane that Court noted that In the United States, the procedure for serving a defendant or a witness with a copy of the summons and complaint against him, gives that person notice of the action in compliance with the Due Process Clause of the Fourteenth Amendment. Under Mullane for a service of process to be constitutional, the method must be reasonably calculated to give a party notice of the action and an opportunity to respond. Id. at 314.

9. In Heritage Property & Casualty Ins. Co. V. Ella Holmes and Betty Randolph. CIV. ACT. NO. 3:20-cv-539-ECM (WO) United States District Court for the Middle District of Alabama Eastern Division, the Court specifically addressed certain issues related to the

functioning of FRCP Rule 4(e)(2)(B). The defendant filed a Motion to Dismiss the case for improper and or inadequate service of process. In each circumstance reviewed, the Court found that service under FRCP Rule 4(e)(2)(B) was proper and provided adequate notice to the defendant of the existence of the lawsuit.

10. "Rule 4 is a flexible rule that should be liberally construed so long as a party receives sufficient notice of the complaint." Direct Mail Specialists, Inc. v. Eclat Computerized Techs., Inc., 840 F.2d 685, 688 (9th Cir. 1988).

11. Whether a place is a person's "dwelling or usual place of abode" for purposes of Rule 4(e)(2)(B) is a "highly fact-specific" inquiry. Craigslist, Inc. v. Hubert, 278 F.R.D. 510, 515 (N.D. Cal. 2011). A person may have more than one "dwelling or usually place of abode, " but each must bear "sufficient indicia of permanence." Id. (quoting Stars' Desert Inn Hotel & Country Club, Inc. v. Hwang, 105 F.3d 521, 524 (9th Cir. 1997); Nat'l Dev. Co. v. Triad Holding Corp., 930 F.2d 253, 257 (2d Cir. 1991)). Some examples demonstrate how these rules work in practice. On the one hand, "a defendant who has repeatedly represented to . . . the plaintiff that one residence is his place of usual abode may be estopped from later contesting that said residence was the proper location for service of process." Id. And when a defendant continues to receive mail at the address, lists the address on a vehicle registration, and uses the address on financial records, that is enough to make the address the defendant's usual place of abode. See id. at 516. TrustLabs, Inc. v. An (N.D. Cal. 2021).

12. Attached hereto as Exhibit "E" is a true and correct copy of a State of California Articles of Incorporation wherein the defendant lists his property at 13113 Calle DeLas Rosas,

3

San Diego, CA 92193 as his business address and in item #3 as the address for for service of process on the defendant Will Fuller.

      13.     The complaint herein was served at the defendant's home to a person who was resident at the home as it was visited by the process server as required by FRCP Rule 4(e)(2)(B).

      14.     Said Defendant has failed to serve any pleading on the undersigned or file any paper in the Court as required by law.

      /s/ Stacy A. Eckert

_____
Stacy A. Eckert, Esquire
stacyeckert@cfl.rr.com
Stacy A. Eckert, P.A.
2445 S. Volusia Avenue, C1
Orange City, FL 32763
(386) 775-8228
FL Bar No. 0988170
Attorney for Plaintiff

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| STACY ECKERT<br>2445 SOUTH VOLUSIA AVE. #C1<br>ORANGE CITY, FL 32763<br><br>TELEPHONE NO.: 386-775-8228    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: JOE D. SHEPARD
DEFENDANT/RESPONDENT: WILL FULLER

**DECLARATION**

CASE NUMBER: 6:21-cv-951-WWB-DCI

I, R.T. HANSELL, am a registered process server and am employed in the county of SAN DIEGO for over 30 years. I am aware of the facts presented below and can attest to them.

SERVEE: WILL FULLER

ADDRESS: 13113 CALLE DE LAS ROSAS, SAN DIEGO, CA 92129

DOCUMENTS: SUMMONS AND COMPLAINT

ATTEMPTS:

7/20/21 at 8:44am - I knocked on door and a Female answered after several minutes. I identified myself and told her I was here to see Will Fuller for purpose of service of process. She refused to cooperate or give her name and slammed the door closed. Her description is Cau/F/50's/5'6/150lbs/Brown Hair. I announced service as she was closing the door and placed the documents on the security screen door. I then mailed a copy via first class mail to the address of service on the same day.

There was a Ring type doorbell which recorded the whole service and will confirm my statement above if shown in its entirety. There were multiple cars in driveway including an electric car and the doormat has subjects last name on it.

8/19/21 at 9:48am The subject called my office and went on a profanity laced short conversation until I ended the call by telling him that if he was unhappy in the way I sub-served him to file an appropriate motion to challenge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/202021

R.T. HANSELL
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☑ Other *(Specify)*: RPS #1422

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

EXHIBIT A

www.accesslaw.com

RECORDING REQUESTED BY:
Pacific Coast Title

AND WHEN RECORDED
MAIL TO:
WILLIAM FULLER AND
CYNTHIA FULLER
3662 QUI,BY STREET
SAN DIEGO CA 92106

DOC# 2020-0354790

Jul 07, 2020   08:00 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $1,373.50   (SB2 Atkins: $0.00)
PCOR: YES
PAGES: 5

*THIS SPACE FOR RECORDER'S USE*

## GRANT DEED
(Please fill in document title(s) on this line)

1 [✓] Exempt from fee per GC27388.1 due to being recorded in connection with concurrent transfer that is subject to the imposition of documentary transfer tax, or,

2 [ ] Exempt from fee per GC27388.1 due to being recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____ (date) as document number _____ of Official Records, or,

3 [ ] Exempt from fee per GC27388.1 due to the maximum fees being paid on documents in this transaction, or,

4 [ ] Exempt from fee per GC27388.1 due to the maximum fees having been paid on documents in the transaction(s) recorded previously on _____ (date) as document number(s) _____ of Official Records, or

5 [ ] Exempt from fee per GC27388.1; document transfers real property that is a residential dwelling to an owner-occupier, or,

6 [ ] Exempt from fee per GC27388.1 due to being recorded in connection with concurrent transfer that is a residential dwelling to an owner-occupier, or,

7 [ ] Exempt from fee per GC27388.1 due to it being recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier. The recorded document transferring the dwelling to the owner-occupier was recorded on _____ (date) as document number(s) _____, or,

8 [ ] Exempt from the fee per GC 27388.1 (a) (1); Not related to real property, or,

9 [ ] Exempt from fee under GC27388.1 for the following reasons:
_____

THIS PAGE ADDED TO PROVIDE SENATE BILL 2 EXEMPTION INFORMATION
(Additional recording fee applies)

EXHIBIT B

**RECORDING REQUESTED BY:**
PACIFIC TITLE

**WHEN RECORDED MAIL TO AND MAIL TAX STATEMENTS TO:**
William Fuller and Cynthia Fuller
3662 Quimby Street
San Diego, CA 92106

Escrow No.: 201671MT
Title No.: 10161825

APN: 449-583-22-00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

**The undersigned grantor(s) declare(s)**

☐ This transfer is exempt from the documentary transfer tax.
☑ **The documentary transfer tax is $1,347.50** and is computed on:
　☑ the full value of the interest or property conveyed.
　☐ the full value less the liens or encumbrances remaining thereon at the time of sale.
☑ The property is located in the City of San Diego

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,**
David A. Rodman and Alia M. Rodman, Co-Trustees of The Rodman Family Trust as to an undivided 50.0000% interest and Cew Services, INC., a California Corporation as to an undivided 50.0000% interest, all as Tenants in Common
**hereby GRANT(S) to**
WILLIAM P. FULLER AND CYNTHIA I. FULLER, HUSBAND AND WIFE AS JOINT TENANTS

**the following described real property:**
SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Dated: _____

Nathaniel O. Winnett, President
CEW Services, INC., A California Corporation

The Rodman Family Trust Dated June 16, 2014

BY: _____
　　David A. Rodman, Trustee

BY: _____
　　Alia M. Rodman, Trustee

APN: 449-583-22-00

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SAN DIEGO
On JUNE 30, 2020 before me, M H MORENO, Notary Public,
personally appeared DAVID A RODMAN AND ALIA M. RODMAN
_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
Witness my hand and official seal.

Signature _____ (Seal)

M. H. MORENO
COMM. #2289849
Notary Public - California
San Diego County
My Comm. Expires June 19, 2023

## CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California         )
County of SAN DIEGO   )

On JUNE 30, 2020 before me, M.H. MORENO, NOTARY PUBLIC
(here insert name and title of the officer)

personally appeared NATHANIEL O. WINNETT,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

M. H. MORENO
COMM. #2289849
Notary Public - California
San Diego County
My Comm. Expires June 19, 2023

(Seal)

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _____

containing _____ pages, and dated _____

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) _____
  Title(s)
- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

Method of Signer Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____   Entry # _____

Notary contact: _____

Other
- [ ] Additional Signer(s)
- [ ] Signer(s) Thumbprint(s)
- [ ] _____

© Copyright 2007-2018 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.   Item Number 101772. Please contact your Authorized Reseller to purchase copies of this form.

APN: 449-583-22-00

## EXHIBIT "A"

LOT 9, BLOCK 18 OF POINT LOMA HEIGHTS IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1106, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY.

# 13113 Calle De Las Rosas, San Diego, CA 92129 Property Records

Public Records Search (/public-records/) >   Property Records Search Results (/property-records-search/)

View 13113 Calle De Las Rosas, San Diego, CA 92129 property records including property ownership, deeds, mortgages, titles & sales history, current & historic tax assessments, legal, parcel & structure description, land use, zoning & more.

## Table of Contents

Parcel Description

Location Map

Property Ownership

Property Structure

Deeds, Mortgages, Titles & Sales History

Property Tax History

Property Tax Assessment History

Market Valuation

## Parcel Description

| | |
|---|---|
| **Address** | 13113 Calle De Las Rosas<br>San Diego, CA 92129 |
| **Carrier Code** | C032 |
| **Census Tract** | 060730170.371000 |
| **Area** | 6,500 sq ft (0.149 acres) |
| **Description** | Has No View |
| **Land Use Code** | 11 (Single Family Residence) |
| **Land Use Category** | Residential (Single Family Residential) |
| **County** | San Diego |
| **Subdivision** | Penasquitos View Unit #2 |

| | |
|---|---|
| **Municipality** | San Diego |
| **Zoning Designation** | R-1:SINGLE FAM-RES |
| **Legal Description** | TR 6947 LOT 205 |
| **Lot Number** | 205 |



Map data ©2021 Imagery ©2021 , Maxar Technologies, U.S. Geological Survey, USDA Farm Service Agency

⇈ Table of Contents

## Property Ownership

**Name**
  Fuller William M & Zoya H
**Address**
  13113 Calle De Las Rosas
  San Diego, CA 92129
**Owner Occupied**
  Yes

## Property Structure

| | |
|---|---|
| **Year** | 1973 |
| **Total Area** | 1,463 sq ft |
| **Bedrooms** | 3 |
| **Bathrooms** | 2 |

| | |
|---|---|
| **Parking Spaces** | 2 |
| **Parking Type** | Garage |

⇈ Table of Contents

## Deeds, Mortgages, Titles & Sales History

**Details**
  **Type**: Grant Deed
  **Document ID**: 2016-0413777
  **Recording Date**: 12 Aug 2016
  **Original Contract Date**: 15 Jul 2016
  **Sale Price**: $605,000 (Sales Price Or Transfer Tax Rounded By County Prior To Computation)
**Seller**
  Brenda L Jones, The Wilbert G Jones & Brenda L Jones Rev
**Buyer**
  William M Fuller, Zoya H Fuller
  13113 Calle De Las Rosas
  San Diego, CA 92129
**Loan**
  Veterans United Home Loans (Mortgage Company)
  **Amount**: $611,814
  **Type**: Veteran Affairs
  **Due Date**: 01 Sep 2046

**Details**
  **Type**: Intrafamily Transfer And Dissolution
  **Document ID**: 2004-1019996
  **Recording Date**: 28 Oct 2004
  **Original Contract Date**: 26 Oct 2004
**Seller**
  Wilbert Gene Jones, Brenda Lou Jones
  13113 Calle De Las Rosas
  San Diego, CA 92129
**Buyer**
  Wilbert G Jones, Brenda L Jones
  13113 Calle De Las Rosas
  San Diego, CA 92129

⇈ Table of Contents

## Property Taxes

**Property Tax History**

| Year | Amount | Exemptions | Rate Code Area |
|---|---|---|---|
| 2020 | $7,235 | | 8-262 |

**Property Tax Assessment History**

| Year | Land Value | Improvement Value | Total Value |
|---|---|---|---|
| 2020 | $267,142 | $374,886 | $642,028 |
| 2019 | $261,904 | $367,536 | $629,440 |
| 2018 | $256,769 | $360,330 | $617,099 |

⇈ Table of Contents

## Assessments & Valuations

**Market Valuation**

| Date | Value | High | Low | Forecast |
|---|---|---|---|---|
| 06 Jul 2021 | $923,000 | $1,006,070 | $839,930 | 9% |

⇈ Table of Contents

## Disclaimer

CountyOffice.org makes no warranties, expressed or implied, concerning the accuracy, completeness, reliability, or suitability for the use of any information listed on this page. Furthermore, CountyOffice.org assumes no liability associated with the use or misuse of such information. The information provided on this page is for non-commercial, information use only, and does not construe legal or financial advice.

### Search for Property Records

[Enter Address] [Search]

By submitting this form you agree to our Privacy Policy (/privacy-policy/) & Terms (/terms-and-conditions/). Limit of 5 free uses per day.

## Public Records

⚙ Business License Search (/business-license-search/)

 ⚙ Contractor License Search (/contractor-license-search/)

 📓 Employee Directory Search (/employee-directory/)

 🗺 GIS Maps Search (/gis-maps/)

 🌲 Land Records Search (/land-records/)

 ❇ Professional License Search (/professional-license-search/)

 🏠 Property Records Search (/property-records/)

 💵 Tax Records Search (/tax-records/)

---

About Us (/about-us/)

Contact Us (/contact-us/)

Suggest Listing (/edit/)

Privacy Policy (/privacy-policy/)

Terms and Conditions (/terms-and-conditions/)

County Office is not affiliated with any government agency. Third party advertisements support hosting, listing verification, updates, and site maintenance. Information found on CountyOffice.org is strictly for informational purposes and does not construe legal, financial or medical advice.

CountyOffice.org does not provide consumer reports and is not a consumer reporting agency as defined by the Fair Credit Reporting Act (FCRA). You may not use this site for the purposes of furnishing consumer reports about search subjects or for any use prohibited by the FCRA.

© 2021 County Office. All Rights Reserved.


CountyOffice.org (/)



**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| |
|---|
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. |
| Name of Respondent: Joe D Shepard |
| Address: 124 NorthNova Road #188, |
| City: Ormond Beach   State: Florida   Zip Code: 32174 |
| Phone No.: 386-747-3999   Fax No.: |
| Email Address: sales@ftcinnovations.com |
| Name of Representative (if known): Joe D Shepard |
| Name of Firm (if applicable): Franklin-Thomas Company |
| Representative's Address: 268 Kettering Rd |
| City: Deltona   State: Florida   Zip Code: 32725 |
| Phone No.: 386-747-3999   Fax No.: |
| Email Address: sales@ftcinnovations.com |
| The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration. |
| Brief Description of the Dispute: |
| Parties entered into a manufacturing License agreement granting Tenant Bill (TB) rights to manufacture the generators. TB paid the $20,000 license fee purchased equipment and invested time to bring the generator to market but was unable to manufacture devices due lack of agreed to items in the agreement. When itemms requested Joe Shepard cancelled agreement and kept license fee. Joe also fraudutely misrepresented |
| Dollar Amount of Claim: $ $72,500 |
| Other Relief Sought: ☐ Attorneys Fees   ☐ Interest   ☒ Arbitration Costs   ☒ Punitive/Exemplary   ☐ Other: |
| Amount enclosed: $ 925
In accordance with Fee Schedule:   ☐ Flexible Fee Schedule   ☒ Standard Fee Schedule |
| Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:
someone fair and willing to proced via Web communicaton |
| Hearing locale: Need to be Zoom or other Video communication as I am high risk and cannot travel
(check one)   ☐ Requested by Claimant   ☐ Locale provision included in the contract |
| Estimated time needed for hearings overall: 2         hours  or              days |

*Please visit our website at www.adr.org/support to file this case online.
AAA Customer Service can be reached at 800-778-7879.*

EXHIBIT C



**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| | |
|---|---|
| Type of Business: | |
| Claimant: Commercial Manufacturing | Respondent: R and D |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?
No

| Signature (may be signed by a representative): *William Fuller* | Date: 2/16/202 |
|---|---|

Name of Claimant: Will Fuller

Address (to be used in connection with this case): 13113 Calle De Las Rosas

| City: San Diego | State: California | Zip Code: 92129 |
|---|---|---|
| Phone No.: 619.922.6354 | Fax No.: | |

Email Address: will@tenantbill.com

Name of Representative: Will Fuller

Name of Firm (if applicable): Tenant Bill

Representative's Address: 13113 Calle De Las Rosas

| City: San Diego | State: California | Zip Code: 92129 |
|---|---|---|
| Phone No.: 619.922.6354 | Fax No.: | |

Email Address: will@tenantbill.com

To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.

*Please visit our website at www.adr.org/support to file this case online.
AAA Customer Service can be reached at 800-778-7879.*

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOE D. SHEPARD,
        Plaintiff,

Case No.: 6:21-cv-00951-WWB-DCI

v.

WILL FULLER,
        Defendant.

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT

STATE OF FLORIDA
COUNTY OF VOLUSIA

Before me, the undersigned authority, appeared Joe E. Shepard, who being first duly sworn deposes and says:

1. My name is Joe D. Shepard, the plaintiff in this case.

2. In 2020 I had a series of business transactions with the defendant in this case, Will Fuller.

3. On November 19, 2020 I shipped to Will Fuller, at the home address he provided to the shipping company, certain electronic products. Attached to this affidavit is a Bill of Lading for that shipment.

4. All US mail and shipping related to my business relationship with defendant Will Fuller was sent to and receipt later was acknowledged to the address of 13113 Calle DeLas Rosas, San Diego, CA 921293.

FURTHER AFFIANT SAYETH NAUGHT.

                                                              Joe D. Shepard

The foregoing instrument was acknowledged before me by means of (✓) physical presence or (___) online notarization, this 20th day of August 2021 by Joe D. Shepard, who is personally known to me or who has produced _NA_ as identification.

_____
(Name typed, printed or stamped)
(Title or rank)
(Serial number, if any)

EXHIBIT D

| | |
|---|---|
| **Date:** | 11/19/2020 |
| **BOL:** | 21504626 |
| **Coyote Ref #:** | |

# COYOTE

**GEN 244989314**
244989314
PCS.    WT.
FOR RECEIPT ONLY - FORWARD AIR'S RULES TARIFF SHALL APPLY

| Origin / Shipper | Destination / Consignee | Freight Charges To |
|---|---|---|
| **From:** FTC | **To:** EGC | **Terms:** Third Party, Prepaid |
| 268 Kettering Rd | 13113 Calle De Las Rosas | **Bill:** Coyote Logistics |
| | | 960 North Point Pkwy |
| Deltona, FL 32725 | San Diego, CA 92129 | Suite 150 |
| | | Alpharetta, GA 30005 |
| **Contact:** Joe Shepard | **Contact:** Will Fuller | **Phone:** 877) 626-9683 |
| **Phone:** (386) 747-3999 | **Phone:** (619) 922-6354 | **Fax:** (770) 752-8009 |
| **Email(s):** sales@ftcinnovations.com | **Email(s):** will@tenantbill.com | **Email(s):** LTLOps@coyote.com |

**Carrier:** Forward Air Solutions, Inc.
**Carrier Phone#:** (855) 247-1146

| Pickup: | 11/19/2020 | Delivery: | 11/30/2020 |
|---|---|---|---|
| Schedule: | | Schedule: | Open |
| Hours: | 07:30 - 17:00 | Hours: | 08:00 -17:00 |

| Pieces | Weight (lbs) | Class | NMFC# | Description | HZ | HZ Class | Dimensions | Emergency # |
|---|---|---|---|---|---|---|---|---|
| 1.00 Crate | 120.00 | 50 | | Electric Componenets | | | 22 x 16 x 16 | |

**Shipping Units:** 1 Pallet(s)    **Total Weight:** 120

**Special Instructions:**

**Pickup Notes:** ***Pickup Accessorials*** Residential ***Pickup Accessorials***

**Delivery Notes:** ***Delivery Accessorials*** Residential ***Delivery Accessorials***

Received, subject to the classifications and tariffs in affect on the date of the issue of this bill of lading. The property described above in apparent good order, except as noted (contents and condition of package unknown), marked, consigned, and destined as indicated above which said carrier (being understood throughout this contract as meaning any person, corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper.

**Shipper**

Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property, the agreed or declared value is hereby specifically stated by the shipper to be not exceeding.
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the department of transportation subject to section 7 of the conditions, if this shipment is to be delivered to the consignor without recourse the consignor shall sign the following statement the carrier shall not make delivery of the shipment without payment of freight and all other lawful charges (signature of consigner).

X _____

Forward Air Solutions, Inc.    **Carrier Signature** x _____    **Date:** 11/19/20



**Secretary of State**
**Articles of Incorporation of a**
**General Stock Corporation**

ARTS-GS

4568258



FILED
Secretary of State
State of California

FEB 18 2020

*lpc*

This Space For Office Use Only

**IMPORTANT** — Read Instructions before completing this form.

**Filing Fee** – $100.00

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to ftb.ca.gov.

**1. Corporate Name** (Go to www.sos.ca.gov/business/be/name-availability for general corporate name requirements and restrictions.)

The name of the corporation is **Tenant Bill**

**2. Business Addresses** (Enter the complete business addresses.)

| a. Initial Street Address of Corporation - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 13113 Calle De Las Rosas | San Diego | CA | 92129 |
| b. Initial Mailing Address of Corporation, if different than Item 2a | City (no abbreviations) | State | Zip Code |
| | | | |

**3. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 3a and 3b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Will | | Fuller | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 13113 Calle De Las Rosas | San Diego | CA | 92129 |

**CORPORATION** – Complete Item 3c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

**4. Shares** (Enter the number of shares the corporation is authorized to issue. Do not leave blank or enter zero (0).)

This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is __100000__.

**5. Purpose Statement** (Do not alter the Purpose Statement.)

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**6. Read and Sign Below** (This form must be signed by each incorporator. See instructions for signature requirements.)

*/s/ Will Fuller*                                     Will Fuller
Signature                                              Type or Print Name

ARTS-GS (REV06/2019)                    EXHIBIT E                    2019 California Secretary of State
                                                                     bizfile.sos.ca.gov