UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOE D. SHEPARD,**

       **Plaintiff,**

v.                                               Case No: 6:21-cv-951-WWB-DCI

**WILL FULLER,**

       **Defendant.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **WILL FULLER** in Orlando, Florida on the 23rd day of August, 2021.

                                                        ELIZABETH M. WARREN, CLERK

                                                        s/LJ, Deputy Clerk

Copies furnished to:

Counsel of Record